# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ABEL HERNANDEZ,<br><br>                Defendant. | **8:17CR285**<br><br>**ORDER** |

This matter is before the court on defendant's Motion to Extend Deadline [39] as amended by [40]. The Motion to Extend Deadline [39] will be denied as moot. For good cause shown, the Amended Motion to Extend Deadline [40] will be granted. The defendant will be given an approximate 30-day extension. Pretrial motions shall be filed by March 22, 2018.

**IT IS ORDERED:**

1. Defendant's Motion to Extend Deadline [39] is denied as moot.

2. Defendant's Amended Motion to Extend Deadline [40] is granted. Pretrial motions shall be filed on or before March 22, 2018.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between February 20, 2018 and March 22, 2018, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated this 21st day of February, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge