IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR285 |
| vs. | |
| ABEL HERNANDEZ, | ORDER |
| Defendant. | |

This matter is before the court on defendant Abel Hernandez's Motion to Continue [54]. Counsel states he is in discussions with the government to resolve this case without a trial. Defense counsel also has a trial set for July 16, 2018, in Federal Court in the Southern District of Iowa. For good cause shown,

**IT IS ORDERED** that the defendant's Motion to Continue [54] is granted as follows:

1. The jury trial now set for July 16, 2018, is continued to **September 24, 2018.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 24, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 29th day of June, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge